(May 31, 1967)

CHAMBERS DELICATESSEN, INC., Appellant, v. REALTY EQUITIES PARK CHAMBERS CORPORATION et al., Copartners, Doing Business as 1414 AMERICAS COMPANY, Respondents.

Concur — Capozzoli, Rabin and McNally, JJ.; Botein, P. J. and Stevens, J. dissent and vote to affirm. Settle order, 2 days' notice. [52 Misc 2d 1065.]